UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
APR 0 5 2011
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SUSAN M. GUDERJAN )
)
Plaintiff, )
)
v. ) Case No. 10-cv-1360
)
COMMISSIONER OF SOCIAL )
SECURITY, )
)
Defendant. )

## ORDER & OPINION

Plaintiff filed her Complaint in this action on November 9, 2010 (Doc. 1). Plaintiff took no steps to serve the Defendant, and on March 11, 2011 this Court entered an order directing Plaintiff to effectuate service by April 1, 2011, or risk the dismissal of her Complaint pursuant to Federal Rule of Civil Procedure 4(m). (Text Order of 3/11/2011). Federal Rule 4(m) provides that if a defendant is not served within 120 days after the complaint is filed, the Court must dismiss the action without prejudice against that defendant, or order that service be made within a specified time. Not only has Plaintiff failed to comply with the 120 day time limit of Rule 4(m), she has also failed to comply with this Court's Text Order of March 11, 2011. Accordingly, Plaintiff's Complaint (Doc. 1) is DISMISSED WITHOUT PREJUDICE. IT IS SO ORDERED.

CASE TERMINATED.

Entered this 5th day of April, 2011.

s/Joe B. McDade

JOE BILLY McDADE
United States Senior District Judge